UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:12–cv–09226–BRO–CW            Date:   7/31/2013
Title:   JEWEL MAZOR ET AL V. M B A BUSINESS EXCELLENCE LTD ET AL

Present: The Honorable   Beverly Reid O'Connell  , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

    Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
    None Appearing    None Appearing

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 7/16/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 7/27/2013.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi