# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No:   2:12–cv–09226–BRO–CW           Date:   10/31/2013

Title:   JEWEL MAZOR ET AL V. M B A BUSINESS EXCELLENCE LTD ET AL

Present: The Honorable   Beverly Reid O'Connell  , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 10/4/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 10/24/2014.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi